Bobbie **HOOD, Jr., Petitioner–Appellee,**

v.

**Secretary for the Department of Corrections, James McDONOUGH, Respondent–Appellant.**

No. 06–15131.

United States Court of Appeals, Eleventh Circuit.

June 13, 2007.

Jill Kramer Traina, Office of the Attorney General, Miami, FL, for Respondent–Appellant.

---

1. *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

Federal Public Defender, Miami, FL, Federal Public Defender, Ft. Lauderdale, FL, for Petitioner–Appellee.

Before CARNES and WILSON, Circuit Judges, and WALTER,* District Judge.

PER CURIAM:

For the reasons that we discussed with counsel at oral argument, we are convinced that no part of the petitioner's ineffective assistance claim is unexhausted or procedurally barred, and the district court did not err in finding that the state court's determination regarding the prejudice prong was an unreasonable application of the principles set out in *Strickland v. Washington,* 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984).

AFFIRMED.